MARY A. MILLER, ADMINISTRATRIX, ETC., ET AL., PLAINTIFFS-RESPONDENTS, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, DEFENDANT-PETITIONER.

See same case below: 16 *N. J. Super.* 457.

*Mr. Daniel T. O'Regan* and *Mr. Frederick J. Gassert* for the petitioner.

*Mr. Louis Steisel, Miss Elsie White, Mr. Thomas J. Brogan* and *Mr. Isadore Glauberman* for the respondents.

March 24, 1952.   Granted.

HARRY SMITH, PLAINTIFF-PETITIONER, v. GEORGE SMITH, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 17 *N. J. Super.* 128.

*Mr. Michael G. Alenick* for the petitioner.

*Messrs. Tepper, Tepper & Verney* and *Mr. Ira D. Dorian* for the respondents.

March 24, 1952.   Denied.